IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BEVERLY J. HILL AND** | ) | |
| **BUSY SCRAPPIN' LLC,** | ) | **8:09CV275** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **THE ANTIOCH COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiffs' Motion for Leave to File Brief and Index of Evidence in Support of Motion to Stay or Dismiss Arbitration, and for Leave to File Reply Brief (Filing No. 16). The plaintiffs request leave from this Court to file their Brief in Support of Plaintiffs' Motion to Stay or Dismiss Arbitration, as well as their Index of Evidence in support of same. The plaintiffs also request leave in order to respond to the defendant's Brief in Opposition, due to be filed on September 2, 2009, and that the Court enter a deadline for the plaintiffs' Reply Brief for September 9, 2009.

**IT IS ORDERED**

1. The plaintiffs' Motion (Filing No. 16) is granted.

2. The plaintiffs may file their Brief and Index of Evidence in Support of Motion to Stay or Dismiss Arbitration.

3. The plaintiffs may respond to the defendant's Brief in Opposition **on or before September 9, 2009**.

Dated this 20th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge