IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEVERLY J. HILL and BUSY SCRAPPIN', LLC, )<br>)<br>) <br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE ANTIOCH COMPANY, )<br>)<br>Defendant. )<br>) | 8:09CV275<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

DATED this 1st day of September, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge